# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

JACK DANIEL VESS II,

        Petitioner,

v.

DONALD HOLBROOK,

        Respondent.

CASE NO. 3:17-cv-05700-RBL-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)     The Court adopts the Report and Recommendation.

(2)     The Court GRANTS respondent's motion and dismisses petitioner's habeas petition without leave to amend.

**DATED** this 2nd day of March, 2018.

Ronald B. Leighton
United States District Judge